# United States District Court
### Eastern District of North Carolina
### Western Division

5:23-CT-3134-M

**Case No. _____**

(To be filled out by Clerk's Office only)

FILED

APR 2 8 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Mark Eric Icker (Low Security)
P O Box 999, Butner, N.C. 27509-0999 Inmate Number 77123-067
*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

*(Pro Se* Prisoner)

Michael Nwode, Alyssa Dourch, Keri tost,
William Holzapfel, Ben loss, Caleb
meyer, Craig

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:23-ct-03134-M-RJ    Document 1    Filed 04/28/23    Page 1 of 12

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☑   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Mark Eric Icker
Name

77123-067
Prisoner ID #

LSCI
Place of Detention

Po Box 999
Institutional Address

Butner                         NC                    27509
City                           State                 Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☒ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☒   Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Michael Nwude__

Name

__MD__

Current Job Title

__LSCI PO Box 999__

Current Work Address

__Butner__ __NC__ __27509__

City                          State                          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: __Alyssa Downich__

Name

__P.A.__

Current Job Title

__LSCI PO Box 999__

Current Work Address

__Butner__ __NC__ __27509__

City                          State                          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Keri Thost (Kheri Tost)

Name

RN

Current Job Title

FCI Oakdale Federal prison
Current Work Address 2105 E. Whatley Road

Oakdale     Louisiana     71463

City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: William Holzapfel

Name

Associate Worden

Current Job Title

LSCI Po Box 999

Current Work Address

Butner        NC        27509

City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5      Officer Benloss

Correctional officer

LSCI Po Box 999

Butner NC 27509

Capacity being sued: **Both**

* Continued on Page 8

Caleb Meyer (PA) - In August of 2022, failed to give me care when due to a shakedown I was unable to get my medication. My BP was in the high 150's over 100's and I felt very off. Meyers told me "you'll be fine" and "Calm down". He knows nothing of my health concerns and how dangerous high B/P is with my heart failure and other ailments. Due to his actions I suffered physical pain.

Craig
Health Systems Administrator
I have spoken to the Health Systems administrator numerous times. He tells me he "will look into it", however never does. He has denied me remedies to serious medical needs. He has admitted he "knows nothing of health care". His actions by denying me remedies caused me physical pain.

Defendant 6

Caleb Meyer
PA
LSCI PO Box 999
Butner NC 27509
Capacity in which being sued: Both


Defendant 7

Craig
Health Systems Administrator
LS.CI PO Box 999
Butner NC 27509
Capacity in which being sued: Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: LSCI Butner, Oakdale Louisianna

Date(s) of occurrence: 11/17/20, 11/4/22 .

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment, cruel and Unusual punishment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

- Dr Nwude- Has not provided adequate Care. I have suffered Pan as a result of his lack of care and Deliberate Indifference. He Misclassified me for nearly 2 years as a Care Level I when I am r Care level 3. He refuses to acknowlodge or treat my Medical Issues I bring to him. Also a delay in Care, and falsification of my records.

- Keri Tost - Failed to provide immediate medical Care when I was bleeding from both Nostrils and Had a Pop in my head. I Suffered pan and a Stroke from This.

> Who did what to you?

- AW Holzapfel- Denied administrative Remedies asking for care and needed medical supplies. Was aware of Staff's Deliberate Indifference and failed to act. I suffered physical pain and declined health.

- PA Dowwch - Was aware I Was not receiving The Care I needed. Gave me medications delayed. Failed to give me The Care that I needed

Case 5:23-ct-03134-M-RJ    Document 1    Filed 04/28/23    Page 7 of 12

Continued on Page 2

| What happened to you? | I suffered a stroke. I have not received adequate medical care for my multiple ailments and Terminal Heart failure. I have received my medication at Delays, some times several months. I have been in constant pain, suffering debilitated health. I have difficulty sleeping and with everyday activities. The BOP also delays access to care. (After pop in louisianna 8½ mths for MRI, August 2022 confirmed hearing aid required, still have not been seen 8+ mths) I have been denied a medical mattress/Eggcrate topper and nosebleed supplies even though I quali. |
|---|---|
| When did it happen to you? | November 17th, 2020 I had a stroke. After that the BOP refused to help me on a multitude of dates; up until present time and continuing. |

| Where did it happen to you? | ISCI Butner and Oakdale Louisianna. In Oakdale it was in the SHU. Butner would be at medical services. |
|---|---|

| What was your injury? | This has caused me several injuries. I have been in severe pain in my head and back for years. I suffered a stroke from which I will not recover. I have difficulty with the right side of my body. My Heart Failure has worsened. My Blood Pressure is still uncontrolled. I have extreme difficulty sleeping. I have difficulty using the restroom. My head is in constant pain. I have difficulty speaking. My hands are at a constant tremor. I have difficulty hearing in my right ear. My cholesterol is uncontrolled. I have received medication at undue delays including metoprolol for my heart, Lidocaine patches for pain, Gabapentin for pain, and tamsulosin for prostate issues. I have also been prescribed medication from Duke University that the BOP never gave me. All of the BOP's actions have caused me physical and emotional pain. With my heart condition, as well as others this places me at a heightened risk of death or serious injury. My Blood pressure is still uncontrolled and is not even monitored as per BOP policy. My body will never be the same. I will have these disabilities for the rest of my life. |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☐ No

    If no, explain why not:

Is the grievance process completed?    ☑ Yes    ☐ No

    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Award money in sum of $15,000,000 for Deliberate Indifference to serious medical needs, and damage to health from which I will never recover. Receive medical mattress/ Eggcrate topper consistent with Policy and receive nosebleed Supplies.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                   ☐ Yes      ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4 /14/23

Dated

Plaintiff's Signature

Mark Eric Icker

Printed Name

77123-067

Prison Identification #

LSCI PO Box 999       Butner NC 27509

Prison Address                City                State    Zip Code